UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

URBAN LEAGUE VILLAGE LLC,

                Plaintiff,

    v.

OMARI TAHIR-GARRETT a/k/a OMARI
TAHIR a/k/a JAMES C GARRETT,

                Defendant.

CASE NO. 2:21-cv-00536 MJP

**ORDER GRANTING
APPLICATION TO PROCEED IN
FORMA PAUPERIS**

Defendant's application to proceed in forma pauperis (Dkt. 1) is **GRANTED** under 28 U.S.C § 1915(a)(1). The Court recommends the complaint be reviewed under 28 U.S.C. § 1915(e)(2)(B) before issuance of summons.

The Clerk shall provide a copy of this Order to plaintiff and to the Honorable Marsha J. Pechman.

DATED this 30th day of April, 2021.

BRIAN A. TSUCHIDA
United States Magistrate Judge