UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| URBAN LEAGUE VILLAGE LLC, | CASE NO. C21-536 MJP |
| Plaintiff, | ORDER ON DEFENDANT'S MOTIONS |
| v. | |
| OMARI TAHIR-GARRETT, et al., | |
| Defendants. | |

This matter comes before the Court on Defendant Omari Tahir-Garrett's Motion to Reiterate his Motion for Appointment of Counsel (Dkt. No. 30), Motion to Name Additional Defendants (Dkt. No. 31), and Motion to Compel Discovery (Dkt. No. 32). Having reviewed the Motions and the balance of the record, the Court DENIES the Motions without prejudice.

On July 6, 2021, the Court denied Tahir-Garrett's Motion to Appoint Counsel and granted Plaintiff's Motion to Remand. (Dkt. No. 26.) The Court found that it lacks jurisdiction over this lawsuit and remanded it to King County Superior Court for all further proceedings. (Id.) Because the Court does not have subject matter jurisdiction over this matter, the three Motions

1  are not properly filed with this Court and the Court cannot grant the relief requested. And
2  although the Court construes Tahir-Garrett's Motion to Appoint Counsel as a motion for
3  reconsideration, it finds no basis on which to grant the relief, particularly in light of the fact the
4  Court lacks subject matter jurisdiction over this action. See Local Rule 7(h); Dkt. No. 26. The
5  Court therefore DENIES the Motions without prejudice. Because this case has been remanded to
6  King County Superior Court, the Court directs Tahir-Garrett to file any motions with that Court.

7  The clerk is ordered to provide copies of this order to Tahir-Garrett and to all counsel.

8  Dated August 3, 2021.

Marsha J. Pechman
United States Senior District Judge

ORDER ON DEFENDANT'S MOTIONS - 2